Cv
Rw

# 23-230

RECEIVED
2023 JUN -2 PM 3: 55
CLERK'S OFFICE
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

EDWARD YERDON,

Plaintiff- Appellant,

V.

KARIN POITRAS,
ELIZABETH ROMAND,
NEW YORK DEPARTMENT OF MOTOR VEHICLES

Defendants- Appellees.

---

On Appeal from the United States District Court
For the Southern District of New York

---

Brief of Appellant Edward Yerdon

Edward Yerdon, Pro Se
472 Baker Ave
Cohoes, NY 12047
518-487-9744

## Table Of Contents

Cover………………………………………………………..……………………. 1

Table of Contents………………………………………………………………. 2

Argument…………………………………………………………...…………… 3

Docket………………………………………………………………………….. 4

Certificate of Compliance……..………………………………………………. 5

Certificate of Service……………………..………………………………….....6

Appendix……………………………………………………………………….. 7

## Argument

I am appealing the decision to dismiss because I was not accurately guided as per where to serve process with the state of NY. Also, confusion over poor COVID era instructions by the defendant, NY Department of Motor Vehicles, critically impaired my ability to satisfy the correct requirement.

To my understanding, I was not guided where to serve process correctly by the Pro Se Lawyer Benjamin Hill. I paid for a process serving company (Servico) to serve process for me. I told them I wanted to serve a Governor's office of employee relations employee at the DMV location and also Ms. Poitras and the DMV itself. They informed me that serving at the DMV location would suffice. Please refer to the appendix for an email from Heather at Servico that mentions the steps taken and also the rules for COVID.

In the attached appendix I have also included a copy of returned mail that I served to the attorney General of NY recently during this appeal. The post office would not deliver signed certified mail to the address for the defendant on the docket because they do not have a street number listed. This makes serving the state of New York somewhat inaccessible to serve papers.

My case has merit because there is evidence in emails on the DMV server that were not available to investigators from the New York Division of Human Rights. For example, Mrs. Poitras claimed that my subordinate was removed due to my performance, but there are emails that show that she left the agency to take a promotion. Mrs. Poitras also claimed that other employee peers of mine were not given preferential treatment, but there is evidence at DMV in emails and by HR requests by Mrs. Poitras that two employees have their probation periods expedited. I was required to meet with Mrs. Poitras twice a week when no other employee was required to do so. The meetings were not of supportive nature at all and because of my cognitive disability I needed things in writing. As per the Americans with Disabilities act, this is different treatment and it is prohibited.

My job assignments were removed from me without the opportunity to earn them back. I was assigned to manage single projects to prove I could do my job when a project manager is supposed to manage the larger scale collection of projects. I am a certified project management professional (PMP) with the project management institute. I was not allowed to meet with other units to assess the needs of their projects. I was treated like they didn't trust me at every turn. My direct report was required to report most of his responsibilities to Mrs. Poitras including vacation time. All of this evidence exists at the DMV as emails.

## U.S. District Court
### Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)] (Albany)
### CIVIL DOCKET FOR CASE #: 1:21-cv-00565-LEK-ML
### Internal Use Only

| | |
|---|---|
| Yerdon v. Poitras et al<br>Assigned to: Senior Judge Lawrence E. Kahn<br>Referred to: Magistrate Judge Miroslav Lovric<br>Cause: 42:1983 Civil Rights (Employment Discrimination) | Date Filed: 05/17/2021<br>Date Terminated: 02/07/2023<br>Jury Demand: Plaintiff<br>Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment<br>Jurisdiction: Federal Question |

**Plaintiff**

**Edward A. Yerdon**     represented by **Edward A. Yerdon**
472 Baker Ave
Cohoes, NY 12047
Email:
PRO SE

V.

**Defendant**

**Karin Poitras**     represented by **Lynn Marie Knapp**
New York State Attorney General - Albany
The Capitol
Albany, NY 12224
518-776-2598
Fax: 518-915-7740
Email: lynn.knappblake@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2019*

**Stacey A. Hamilton**
New York State Attorney General - Albany
The Capitol
Albany, NY 12224
518-776-2288
Email: stacey.hamilton@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Defendant**

**NY Dept of Motor Vehicles**     represented by **Lynn Marie Knapp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2019*

**Stacey A. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

**Defendant**

**Elizabeth Romand**  represented by  **Lynn Marie Knapp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2019*

**Stacey A. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2021*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2021 | 1 | COMPLAINT WITH JURY DEMAND against NY Dept of Motor Vehicles, Karin Poitras (Filing fee $402 receipt number ALB012089) filed by Edward A. Yerdon. (Attachments: # 1 Civil Cover Sheet)(khr) (Entered: 05/17/2021) |
| 05/17/2021 | 2 | Summons Issued as to Karin Poitras. (Attachments: # 1 Summons issued as to NY Dept of Motor Vehicles)(khr) (Entered: 05/17/2021) |
| 05/17/2021 | 3 | G.O. 25 FILING ORDER ISSUED: All conferences will be conducted by way of telephone conference. The parties are directed to call (877) 402-9753 and enter access code 9983518. Initial Conference set for 8/25/2021 10:00 AM before Magistrate Judge Miroslav Lovric. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 8/18/2021. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (khr) (Entered: 05/17/2021) |
| 05/17/2021 | 4 | PRO SE HANDBOOK and NOTICE issued and explained at time complaint was filed on 5/17/2021 (khr)(Provided pro se plaintiff with a copy of all filed documents, pro se handbook, pro se notice, local rules) (Entered: 05/17/2021) |
| 05/18/2021 | 5 | Summons Issued as to Elizabeth Romand. (khr) (Entered: 05/18/2021) |
| 05/26/2021 | 6 | SUMMONS Returned Executed by Edward A. Yerdon. NY Dept of Motor Vehicles served on 5/19/2021, answer due 6/9/2021. (khr) (Entered: 05/26/2021) |
| 05/26/2021 | 7 | SUMMONS Returned Executed by Edward A. Yerdon. Karin Poitras served on 5/19/2021, answer due 6/9/2021. (khr) (Entered: 05/26/2021) |
| 06/08/2021 | 8 | Letter Motion from AAG Lynn M. Knapp for NY Dept of Motor Vehicles, Karin Poitras requesting extension of time to respond to complaint submitted to Judge Lovric . (Knapp, Lynn) (Entered: 06/08/2021) |
| 06/08/2021 | 9 | TEXT ORDER: Letter Motion 8 is GRANTED. Defendants NY Dept of Motor Vehicles and Karin Poitras are directed to respond to the complaint by 8/31/2021. The Rule 16 initial conference scheduled for 8/25/2021 is re-scheduled for 9/9/2021 at 10:00 a.m., via telephone conference before Magistrate Judge Miroslav Lovric. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 9/2/2021. SO ORDERED by Magistrate Judge Miroslav Lovric on 6/2/2021. (copy of text order served on pro se Plaintiff via regular mail) (jdp ) (Entered: 06/08/2021) |
| 06/14/2021 | 10 | Pro Se MOTION to Obtain ECF Login and Password filed by Edward A. Yerdon. (Attachments: # 1 Attachment-Pro Se CM/ECF Registration Form) Motions referred to Miroslav Lovric. (khr) (Entered: 06/15/2021) |
| 06/17/2021 | 11 | SUMMONS Returned Executed by Edward A. Yerdon. Elizabeth Romand served on 6/14/2021, answer due 7/6/2021. (khr) (Entered: 06/17/2021) |
| 06/21/2021 | 12 | Letter Motion from AAG Lynn M. Knapp for Elizabeth Romand requesting extension of time to respond to complaint submitted to Judge Lovric . (Knapp, Lynn) (Entered: 06/21/2021) |
| 06/22/2021 | 13 | TEXT ORDER: Letter Motion 12 is GRANTED. Defendant Elizabeth Romand is directed to respond to the complaint by 8/31/2021. Plaintiff's Motion 10 , seeking to obtain ECF Login, will be addressed at the Rule 16 initial conference. The Rule 16 initial conference remains scheduled for 9/9/2021 at 10:00 a.m., via telephone conference before Magistrate Judge Miroslav Lovric. SO ORDERED by Magistrate Judge Miroslav Lovric on 6/22/2021. (Copy served upon Pltf via regular mail)(amt) (Entered: 06/22/2021) |

| | | |
|---|---|---|
| 08/25/2021 | 14 | MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Lovric Response to Motion due by 9/15/2021. Reply to Response to Motion due by 9/22/2021 (Attachments: # 1 Memorandum of Law, # 2 Appendix attached Saucier case, # 3 Affidavit of Service) (Knapp, Lynn) (Attachment 3 replaced on 8/25/2021) (ztc, ). (Entered: 08/25/2021) |
| 08/25/2021 | 15 | Letter Motion from AAG Lynn M. Knapp for NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand requesting adjournment of deadlines submitted to Judge Lovric . (Knapp, Lynn) (Entered: 08/25/2021) |
| 08/25/2021 | | CLERK'S CORRECTION OF DOCKET ENTRY re 14 Motion to Dismiss, Clerk replaced Attachment 3 Declaration of Service with a corrected version provided by Counsel because Counsel stated it contained the wrong name of the individual who provided service. (Copy served via regular mail) (ztc, ) (Entered: 08/25/2021) |
| 08/25/2021 | 16 | TEXT ORDER: Letter Motion 15 is GRANTED. In light of the filing of Motion to Dismiss 14 , the Rule 16 initial conference scheduled for 9/9/2021 and the deadlines for filing the Civil Case Management Plan and exchange of Mandatory Disclosures are STAYED without date. SO ORDERED by Magistrate Judge Miroslav Lovric on 8/25/2021. (Copy served upon Pltf via regular mail) (jdp) (Entered: 08/25/2021) |
| 09/13/2021 | 17 | Letter Request/Motion from Edward A. Yerdon requesting extension of time to respond to Motion to Dismiss. (Attachments: # 1 EEOC Right to Sue Letter)(khr) (Entered: 09/13/2021) |
| 09/14/2021 | 18 | TEXT ORDER: The Court has received a letter request from Plaintiff, Dkt. No. 17 ("Request"), seeking an extension of time to file his response to Defendant's motion to dismiss filed on August 25, 2021, Dkt. No. 14. The Court hereby GRANTS Plaintiff's Request. Plaintiff's deadline to submit his response is hereby EXTENDED to October 14, 2021. The Clerk shall serve a copy of this text order on Plaintiff via regular mail. Response to Motion due by 10/14/2021. Reply to Response to Motion due by 10/21/2021. Signed by Senior Judge Lawrence E. Kahn on September 14, 2021. (Copy served via regular mail)(sas) (Entered: 09/14/2021) |
| 10/07/2021 | 19 | NOTICE of Appearance by Stacey A. Hamilton on behalf of All Defendants (Attachments: # 1 Declaration) (Hamilton, Stacey) (Entered: 10/07/2021) |
| 10/14/2021 | 20 | RESPONSE in Opposition re 14 MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Lovric filed by Edward A. Yerdon. (khr) (Entered: 10/14/2021) |
| 03/04/2022 | 21 | SUPPLEMENTAL LETTER (Email from Process Server) in further support of Response in Opposition to Motion 20 (khr) (Entered: 03/04/2022) |
| 03/16/2022 | 22 | MEMORANDUM-DECISION AND ORDER. It is hereby ORDERED, that Defendants' Motion to Dismiss (Dkt. No. 14 ) is DENIED; it is further ORDERED, that the Clerk of the Court shall reissue summonses for Defendants Karin Poitras, Elizabeth Romand, and the New York State Department of Motor Vehicles and provide them to Plaintiff so that he may serve these Defendants with a summons and a copy of the Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure; and it is further ORDERED, that Plaintiff shall have sixty (60) days from the date of this Memorandum-Decision and Order to serve Defendants; and it is further ORDERED, that failure to properly serve each of the Defendants will result in the case's dismissal. Signed by Senior Judge Lawrence E. Kahn on 3/16/2022. (Copy served along with summons issued and copies of the complaint via regular mail) (dpk) (Entered: 03/16/2022) |
| 03/16/2022 | 23 | Summons Reissued as to NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand.(Attachments: # 1 Summons Issued as to Elizabeth Romand, # 2 Summons Issued as to the New York State Department of Motor Vehicles) [Summons mailed, with copies of the complaint, to pro se plaintiff for service] (dpk) (Entered: 03/16/2022) |
| 04/14/2022 | 24 | AFFIDAVIT of Service for Summons and Complaint served on NYS Department of Motor Vehicles on 3/30/2022, filed by Edward A. Yerdon. (Attachments: # 1 Supplemental Affidavit of Service/Mailing)(khr) (Entered: 04/14/2022) |
| 04/14/2022 | 25 | AFFIDAVIT of Service for Summons and Complaint served on Karin Poitras on 3/30/2022, filed by Edward A. Yerdon. (Attachments: # 1 Supplemental Affidavit of Service/Mailing)(khr) (Entered: 04/14/2022) |
| 04/14/2022 | 26 | AFFIDAVIT of Service for Summons and Complaint served on Elizabeth Romand on 3/30/2022, filed by Edward A. Yerdon. (Attachments: # 1 Supplemental Affidavit of Service/Mailing)(khr) (Entered: 04/14/2022) |
| 04/14/2022 | | ***Answer due date updated for NY Dept of Motor Vehicles answer due 4/20/2022; Karin Poitras answer due 4/20/2022; Elizabeth Romand answer due 4/20/2022. (khr) (Entered: 04/14/2022) |
| 04/15/2022 | 27 | TEXT ORDER: The Rule 16 Initial Conference is scheduled for 5/4/2022 at 10:00 a.m., via telephone conference, before Magistrate Judge Miroslav Lovric. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 4/27/2022. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) SO ORDERED by Magistrate Judge Miroslav Lovric on 4/15/2022. (copy served on pro se Plaintiff via regular mail) (jdp ) (Entered: 04/15/2022) |

| | | |
|---|---|---|
| 04/15/2022 | 28 | Letter Motion from Stacey Hamilton, A.A.G. for NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand requesting extension of time to respond to Complaint submitted to Judge Miroslav Lovric . (Hamilton, Stacey) (Entered: 04/15/2022) |
| 04/15/2022 | 29 | AFFIDAVIT of Service for letter requesting extension served on Plaintiff Edward Yerdon on April 15, 2022, filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. (Hamilton, Stacey) (Entered: 04/15/2022) |
| 04/18/2022 | 30 | TEXT ORDER: Letter Motion 28 is GRANTED insofar as and to the extent that, (1) Defendants are directed to file an Answer to the Complaint by 5/31/2022, (2) the Rule 16 Initial Conference scheduled for 5/4/2022 is RE-SCHEDULED for 6/14/2022 at 12:00 p.m., via telephone conference, before Magistrate Judge Miroslav Lovric. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 6/7/2022. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) SO ORDERED by Magistrate Judge Miroslav Lovric on 4/18/2022. (copy served on pro se Plaintiff via regular mail) (jdp ) (Entered: 04/18/2022) |
| 05/20/2022 | 31 | Second MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Miroslav Lovric Response to Motion due by 6/10/2022. Reply to Response to Motion due by 6/17/2022 (Attachments: # 1 Memorandum of Law) (Hamilton, Stacey) (Entered: 05/20/2022) |
| 05/20/2022 | 32 | NOTICE to pro se plaintiff: Response to # 31 Second MOTION to Dismiss is due on or before June 10, 2022. (khr)(Mailed copy to pro se plaintiff on 5/20/2022) (Entered: 05/20/2022) |
| 05/23/2022 | 33 | AFFIDAVIT of Service for Notice of Motion to Dismiss and Memo of Law in support served on Plaintiff Edward Yerdon on May 23, 2022, filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. (Hamilton, Stacey) (Entered: 05/23/2022) |
| 06/02/2022 | 34 | TEXT ORDER: In light of Defendants' Second Motion to Dismiss 31 , the Initial Conference scheduled for June 14, 2022, is adjourned without date. SO ORDERED by Miroslav Lovric on 6/2/2022. (Copy served on Pro Se Plaintiff via regular mail)(jdp ) (Entered: 06/02/2022) |
| 06/09/2022 | 35 | Letter Request/Motion from Edward A. Yerdon requesting extension of time to respond to defendants motion. (khr) (Entered: 06/09/2022) |
| 06/13/2022 | 36 | TEXT ORDER: The Court has received Plaintiff's request for an extension to respond to Defendants' Second Motion to Dismiss. Dkt. No. 35 ("Request"). Plaintiff asserts that the destruction of his phone is impeding his ability to obtain documents necessary to respond to the Second Motion to Dismiss. Id. "[P]ro se plaintiffs should be granted special leniency regarding procedural matters." LeSane v. Hall's Sec. Analyst, Inc., 239 F.3d 206, 209 (2d Cir. 2001) (emphasis removed). Therefore, the Court will GRANT Plaintiff's Request for an extension. The deadline for Plaintiff to respond to Defendants' Second Motion to Dismiss is now set for June 28, 2022. A Reply to Response to Motion is due by July 5, 2022. SO ORDERED by Senior Judge Lawrence E. Kahn on 6/13/2022.(Copy served via regular mail)(dpk) (Entered: 06/13/2022) |
| 07/01/2022 | 37 | RESPONSE in Opposition re 31 Second MOTION to Dismiss filed by NY Dept of Motor Vehicles, Karin Poitras, Elizabeth Romand. Motion returnable before Judge Miroslav Lovric filed by Edward A. Yerdon. (khr) (Additional attachment(s) added on 7/5/2022: # 1 Exhibits) (khr, ). (Entered: 07/05/2022) |
| 02/07/2023 | 38 | MEMORANDUM-DECISION AND ORDER. It is hereby ORDERED, that Defendants' Motion to Dismiss (Dkt. No. 31 ) is GRANTED; and it is further ORDERED, that Plaintiff's Complaint (Dkt. No. 1 ) is DISMISSED; and it is further ORDERED, that the Clerk close this action; and it is further ORDERED, that the Clerk serve a copy of this Memorandum-Decision and Order on all parties in accordance with the Local Rules. Signed by Senior Judge Lawrence E. Kahn on 2/7/2023. (Copy served via regular and certified mail) (dpk) (Entered: 02/07/2023) |
| 02/07/2023 | 39 | JUDGMENT. IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss (Dkt. No. 31 ) is GRANTED; and it is further ORDERED, that Plaintiff's Complaint (Dkt. No. 1 ) is DISMISSED; and it is further ORDERED, that the Clerk close this action; and it is further ORDERED, that the Clerk serve a copy of this Memorandum-Decision and Order on all parties in accordance with the Local Rules. All of the above pursuant to the order of the Honorable Lawrence E. Kahn, dated this 7th day of February, 2023. (Copy served via regular and certified mail) (dpk) (Entered: 02/07/2023) |
| 02/23/2023 | 40 | NOTICE OF APPEAL as to 39 Judgment,, 38 Order on Motion to Dismiss, by Edward A. Yerdon. Filing fee $ 505, receipt number 100000023. (khr) (Entered: 02/23/2023) |
| 02/23/2023 | 41 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 40 Notice of Appeal (khr) (Entered: 02/23/2023) |



Simprilliant <simprilliant@gmail.com>

# Request

**Heather** <heatherm@servico.com>   Tue, Mar 22, 2022 at 8:13 AM
To: E Yerdon <simprilliant@gmail.com>

We now can only serve DMV via mail/email.

Subpoenas are emailed and all other documents are sent registered/certified to DMV via mail.

Feel free to send documents and payment when ready. Our fee is $45 + copies for us to process.

Thanks in advance,

**Heather Morigerato**

Operations Manager



283 Washington Ave. Albany, NY 12206

518-463-4179, ext. 1207  |  Fax: 518-463-3757

www.servico.com

**From:** E Yerdon <simprilliant@gmail.com>
**Sent:** Monday, March 21, 2022 9:54 PM
**To:** Heather <heatherm@servico.com>
**Subject:** Request

Hey there, good news. The defendant in my case had requested dismissal, but it was denied. But now I need to re-serve them. I have some pamphlets that I just got with all the documents. Please let me know how you would like me to send them to you. I suppose I'll have to pay you again too. This was against the ny DMV. I assume serving process has returned to precovid methods?--

"You can't have true brilliance without simplicity"
Simprilliant.com
@simprilliant - Instagram, Twitter, snap, deviant art
Youtube - simprilliant

**Credit Card Authorization.pdf**
16K

472 Baker Ave
Cohoes NY

U.S. POSTAGE PAID
FCM LETTER
COHOES, NY
12047
MAR 20, 23
AMOUNT
**$8.13**
R2304M112472-64

RDC 99

12224

Douglas E. Wagner
NYS office of Attorney General
The capital
Albany NY 12224

NAME
1ST NOTICE
2ND NOTICE

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

## Pro Se Certificate of Compliance with

## Word or Page Limits Adapted from Federal Rules of Appellate Procedure Form 6

A document filed with the Court must not be longer than the Federal Rules of Appellate Procedure or the Court's Local Rules permit. Check the box for the document you are filing and state the number of words or pages.

☒  **Brief** contains __557__ words. [14,000 word limit - LR 32.1(a)(4)(A)], or
   **Brief** contains __14__ pages. [30 page limit - FRAP 32(a)(7)(A)]

☐  **Reply Brief** contains _____ words. [7,000 word limit - LR 32.1(a) (4)(B)], or
   **Reply Brief** contains _____ pages. [30 page limit - FRAP 32(a)(7)(A)]

☐  **Writ of Mandamus/Prohibition** contains _____ words. [7,800 word limit - FRAP 21(d)(1)], or
   **Writ of Mandamus/prohibition** contains _____ pages. [30 page limit - FRAP 21(d)(2)]

☐  **Motion** or **Response to the Motion** contains _____ words. [5,200 word limit - FRAP 27(d)(2)(A)], or
   **Motion** or **Response to the Motion** contains _____ pages. [20 page limit - FRAP 27(d)(2)(B)]

☐  **Reply to the Motion** contains _____ words. [2,600 word limit - FRAP 27(d)(2)(C)], or
   **Reply to the Motion** contains _____ pages. [10 page limit - FRAP 27(d)(2)(D)]

☐  **Petition for Panel or En Banc Hearing** contains _____ words. [3,900 word limit - FRAP 35(b)(2)(A)], or
   **Petition for Panel or En Banc Hearing** contains _____ pages. [15 page limit - FRAP 35(b)(2)(B)]

☐  **Petition for Panel Rehearing** contains _____ words. [3,900 word limit - FRAP 40 (b)(1)], or
   **Petition for Panel Rehearing** contains _____ pages. [15 page limit - FRAP 40 (b)(2)]

February 2017

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Edward Yerdon

v.

Karin Poitras

**CERTIFICATE OF SERVICE***

Docket Number: 23-230

I, Edward A. Yerdon, hereby certify under penalty of perjury that on 5/31/23 (date), I served a copy of Appeal Brief, Argument, Appendix, evidence, docket, certificate of service, certificate of compliance (list all documents)

by (select all applicable)**

\_\_ Personal Delivery     X United States Mail     \_\_ Federal Express or other Overnight Courier

\_\_ Commercial Carrier     \_\_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Douglas E Wagner | NYS office of Attny General | Albany | NY | 12224 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/31/23
Today's Date

[Signature: Edward Yerdon]
Signature

Certificate of Service Form (Last Revised 12/2015)